## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

United States of America ex rel.
   The Tarbell Group, LLC,

     Plaintiff

      v.

500 Festival Inc.,
Amack's Well Inc.,
Boonville Swim Club Inc.,
Brown County Maple Leaf Management Group
   Inc.,
Delaware County Expo Center Inc.,
Fourth Street Festival Corporation,
Great Public Schools for Indy Inc.,
Greentown Volunteer Fire Company Inc.,
Howard County Chapter of the Izaac Walton
   League of America Inc.,
Indiana Amateur Softball Association Inc.,
Indianapolis Bridge Center Inc.,
Miss Madison Inc.,
Right to Life of Southwest Indiana,
Terre Haute Area Economic Development
   Corporation,
Utica Township Fire Department Inc.,
Utica Township Volunteer Firefighters
   Association Inc., and
Veterans Council of Vanderburgh County
   Indiana Inc.,

     Defendants

**FILED**

APR 09 2025

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

**FILED UNDER SEAL PURSUANT TO
31 U.S.C. § 3730(b)(2)**

Case no.

1:25-cv-684-TWP-TAB

## COMPLAINT

### Nature of the Case

1. Relator The Tarbell Group, LLC, brings this action for itself and the United States under the False Claims Act, 31 U.S.C. §§ 3729-3733, to recover funds illegally obtained by the defendants under federal COVID-19 relief laws.

## Jurisdiction and Venue

2. The Court has jurisdiction of, and is the appropriate venue for, this matter because it arises under a federal law, because the United States is a plaintiff, and because in this judicial district each defendant can be found, resides, transacts business in, or committed an act proscribed by the False Claims Act. 28 U.S.C. §§ 1331, 1345; 31 U.S.C. § 3732(a).

## Parties—Relator

3. Relator The Tarbell Group, LLC, is a limited liability company located in and organized under the laws of the Commonwealth of Virginia.

## Parties—501(c)(4) Defendants

4. Defendant 500 Festival Inc. is an entity exempt from taxation under section 501(c)(4) of the Internal Revenue Code, 26 U.S.C. § 501(c)(4) ("Tax-Exempt 501(c)(4) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 21 Virginia Avenue, Suite 500, Indianapolis, IN.

5. Defendant Amack's Well Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 103 East George Street, Batesville, IN.

6. Defendant Boonville Swim Club Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as P.O. Box 714, Boonville, IN.

7. Defendant Brown County Maple Leaf Management Group Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 201 Locust Lane, Nashville, IN.

2

8. Defendant Delaware County Expo Center Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1210 North Wheeling, P.O. Box 1985, Muncie, IN.

9. Defendant Fourth Street Festival Corporation is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 4390 West Craig Drive, Bloomington, IN.

10. Defendant Great Public Schools for Indy Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1100 West 42nd Street, Suite 335, Indianapolis, IN.

11. Defendant Greentown Volunteer Fire Company Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 224 North Meridian Street, Greentown, IN.

12. Defendant Howard County Chapter of the Izaac Walton League of America Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 26295 South 200 East, Kokomo, IN.

13. Defendant Indiana Amateur Softball Association Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 5499 Indiana 68, Lynnville, IN.

14. Defendant Indianapolis Bridge Center Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 8030 Castleway Court, Indianapolis, IN.

15. Defendant Miss Madison Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as P.O. Box 3, Madison, IN.

16. Defendant Right to Life of Southwest Indiana is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 20 NE 3rd Street, Evansville, IN.

17. Defendant Terre Haute Area Economic Development Corporation is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 630 Wabash Avenue, Suite101, Terre Haute, IN.

18. Defendant Utica Township Fire Department Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 5203 Charlestown Road, New Albany, IN.

19. Defendant Utica Township Volunteer Firefighters Association Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 5820 Utica Pike, Jeffersonville, IN.

20. Defendant Veterans Council of Vanderburgh County Indiana Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 300 Court Street, Evansville, IN.

**Background**

21. To provide economic relief and stimulate the economy during the COVID-19 pandemic, Congress in 2020 enacted the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. 116-136, amended by, inter alia, the Paycheck Protection Program Flexibility Act of 2020, Pub. L. 116-142 and the American Rescue Plan Act of 2021, Pub. L. 117-2 (2021) (together with implementing regulations, referred to herein as the "PPP Program"). The PPP Program effectively transferred money from the federal government to eligible recipients via the United States Small Business Administration ("SBA"). The transfers took the form of private loans guaranteed, forgiven and reimbursed by SBA ("PPP Loans").

4

22. PPP Loan recipients could receive up to two loans, one in each of two tranches, each called a "draw," i.e., first-draw and second-draw PPP Loans.

23. As a condition of receiving PPP Loans and forgiveness thereof, each applicant was required to certify its eligibility under the PPP Program.

24. The PPP Program at all times excluded Tax-Exempt 501(c)(4) Organizations from eligibility.

25. Defendants each applied for and received PPP Loans for which they were legally ineligible.

### PPP Loans

26. Defendants received approval for, and forgiveness of, their PPP Loans on the dates and in the amounts shown on the table attached hereto, despite being legally ineligible for the same.

### Cause of Action
### False Claims Act, 31 U.S.C. § 3729

27. Relator repeats and realleges each of the foregoing paragraphs.

28. Each defendant was ineligible to receive its PPP Loan(s) at the time it applied and received approval for the same.

29. Each defendant did knowingly present, or cause or be presented, a false or fraudulent claim for payment or approval, to the injury of the United States, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

30. Each defendant did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

5

31. Each defendant did knowingly make, use, or cause to be made or used, a false record or statement material to, or did knowingly conceal, or did knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

## Prayer for Relief

32. WHEREFORE, Relator prays for the following relief against each defendant:

   a. A declaration that each defendant did violate the False Claims Act;

   b. An amount thrice the amount of PPP Loans and interest forgiven or otherwise not repaid with respect to each defendant, lending fees paid by SBA, foregone interest, and all other damages suffered by the United States government, plus civil penalties and applicable interest, under 31 U.S.C. § 3729(a)(1);

   c. The cost of this civil action, apportioned to each defendant respectively in proportion to its share of the aggregate damages recouped herein, under 31 U.S.C. § 3729(a)(3);

   d. An award to relator, including its reasonable expenses, attorneys' fees, and costs, under 31 U.S.C. § 3730(d)(1) or (2), as applicable; and

   e. Such other and further relief as may be just and proper.

## Demand for Jury Trial

33. Relator demands a trial by jury.

Respectfully submitted,

*Bruce Ellis Fein*

**Law Office of Bruce Ellis Fein, PLLC**
Bruce Ellis Fein, Esq.
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*