**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**

United States of America ex rel.
The Tarbell Group, LLC,

Plaintiff

v.

500 Festival, Inc., et al.,

Defendants

Case no. 1:25-cv-684-TWP-MG

**ORDER**

Before the Court is Relator's Motion to Extend the Time for Service of Process. Having considered the motion, the Court finds that good cause exists to grant it.

It is therefore ORDERED that the motion is GRANTED. Relator is authorized to serve the Complaint, and Relator shall effect service of process on, or secure waivers of service from, the defendants by February 1, 2027.

SO ORDERED.

Date: 10/28/2026

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record